

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

FILED

AUG -9 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| UNITED STATES | )( | |
| --- | --- | --- |
| | )( | |
| | )( | |
| v. | )( | No. 23-50175 |
| | )( | |
| | )( | 5:20-CR-601-1-XR |
| JOSE MIGUEL SANDOVAL-PINEDA | )( | |

UNOPPOSED MOTION TO UNSEAL DOCUMENTS IN THE
APPELLATE RECORD

George W. Aristotelidis
800 Dolorosa St.
Tower Life Building
Suite 1910
San Antonio, Texas 78207
Telephone:  (210) 227-1906
jgaristo67@mail.com
*Attorney for Appellant*

1

## UNOPPOSED MOTION TO UNSEAL DOCUMENTS IN THE APPELLATE RECORD

Appellant, Jose Miguel Sandoval-Pineda, respectfully moves this Court to unseal all documents filed with the district court in the appellate record to allow their access by appellate counsel for both parties, and shows:

The documents to be unsealed are:

1. "Sealed Transcript," district court document number 593;

2. "Sealed Statement of Reasons," district court document number 565;

3. "Sealed Document Filed," district court document number 558;

4. "Sealed Motion," district court document number 510.

The sealed documents are part of the record on appeal as they are among the "original papers ... filed in the district court." Fed. R. App. P. 10(a)(1). Counsel needs access to the sealed documents to represent Sandoval-Pineda adequately and to cite the electronic record properly. Therefore, Mr. Sandoval-Pineda asks the Court to order the district clerk to provide all sealed documents, to include those listed above, to counsel for use in prosecution of the appeal. See 5th Cir. R. 27.1.20. **The undersigned requests an expedited order, so that the record may be supplemented by the district court clerk before the briefing deadline, Monday, August 14, 2023.**

**WHEREFORE**, the undersigned counsel requests that this Court grant an expedited order to unseal all district court sealed documents, to include documents 593, 565, 558 and 510, to allow its viewing by appellate counsel for both in preparation of

their respective briefs.

                                 Respectfully submitted,

                                 George W. Aristotelidis
                                 800 Dolorosa St.,
                                 Suite 101
                                 San Antonio, Texas 78207
                                 Telephone:   (210) 277-1906
                                 jgaristo67@gmail.com
                                 *Attorney for Jose Miguel Sandoval-Pineda*

## CERTIFICATE OF CONFERENCE

I, Jorge G. Aristotelidis, do hereby certify that on August 8, 2023, I consulted with Mr. Joseph Gay, Assistant United States Attorney in charge of this case, and he does not oppose the requested motion to unseal.

/s/ GEORGE W. ARISTOTELIDIS

## CERTIFICATE OF SERVICE

I, Jorge G. Aristotelidis, do hereby certify that on August 9, 2023, a copy of the foregoing Unopposed Motion to Unseal Documents in the Appellate Record, was served on the United States Attorney's Office *via* the ECF filing system.

/s/ GEORGE W. ARISTOTELIDIS

## CERTIFICATE OF COMPLIANCE

Certificate of Compliance with Type-Volume Limitation, Typeface Requirements, and Type Style Requirements:

1. This motion complies with the type-volume limitation of FED. R. APP. P. 32(c)(1) because:

- This motion contains **289** words, excluding the parts of the motion exempted by FED. R. APP. P. 27(d)(2)(A), and

2. This motion complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type style requirements of FED. R. APP.P. 32(a)(6) because:

- This motion has been prepared in a proportionally spaced typeface using "Word" in "Times New Roman," 14 pt. font.

By: */s/ George W. Aristotelidis*
George W. Aristotelidis